**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:08-CR-7 (HL) |
| | : | |
| **DAVID LEON JACKSON,** | : | |
| Defendant | : | |
| | : | |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.112) filed October 31, 2013 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 19th day of November, 2013.

                                             *s/ Hugh Lawson*
                                             **HUGH LAWSON, Senior Judge
                                             United States District Court**